■ In the Matter of JESSINA O., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; JESSICA S., Appellant. (Proceeding No. 1.) In the Matter of JAHAIRA O., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; JESSICA S., Appellant. (Proceeding No. 2.) [931 NYS2d 900]—■

The mother's challenges to the order of disposition are academic inasmuch as the order has expired by its own terms and has been superseded by a subsequent final order awarding custody of the subject children to the father (*see Matter of Luis O. v Jessica S.*, 89 AD3d 735 [2011] [decided herewith]; *Matter of Alanie H.*, 83 AD3d 1066 [2011]; *Matter of Jacob SS.*, 59 AD3d 825 [2009]; *Matter of Andrew Y.*, 44 AD3d 1063 [2007]). Rivera, J.P., Florio, Leventhal and Roman, JJ., concur.